# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| TEMPUR SEALY INTERNATIONAL, INC., TEMPUR-PEDIC MANAGEMENT, INC., TEMPUR-PEDIC NORTH AMERICA, LLC, TEMPUR WORLD, LCC, DAN-FOAM APS and SEALY TECHNOLOGY LLC<br><br>Plaintiffs,<br><br>v.<br><br>LUXURY MATTRESS & FURNITURE, LLC d/b/a LUXURY MATTRESS & FURNITURE<br><br>Defendant. | Civil Action No. 2:23-cv-00383 |

## AMENDED MOTION FOR DEFAULT JUDGMENT

Plaintiffs Tempur Sealy International, Inc., Tempur-Pedic Management, Inc., Tempur-Pedic North America, LLC, Tempur World, LLC, Dan-Foam ApS and Sealy Technology LLC ("Tempur Sealy"), by counsel and pursuant to Federal Rule of Civil Procedure 55(b), hereby move the Court to enter a default judgment against Defendant Luxury Mattress & Furniture, LLC d/b/a Luxury Mattress & Furniture in this action. In support of this motion, Plaintiffs rely upon the memorandum of law previous filed on January 18, 2024 as D.N. 8-1.

An amended proposed judgment is attached hereto. The amended proposed judgment is nearly identical to the previously filed proposed default judgment on January 18, 2024. The amended judgment merely contains a new paragraph, numbered as paragraph 7, which allows Plaintiffs to physically retrieve the official signage that Defendant continues to use both inside and outside Defendant's premises.

Respectfully submitted,

BY:

  /s/   James N. Martin, Jr._____

James N. Martin, Jr. (Ind. #28668-10)
STEPTOE & JOHNSON PLLC
700 N. Hurstbourne Parkway, Suite 115
Louisville, KY 40222
james.martin@steptoe-johnson.com
Telephone: (502) 423-2000
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The foregoing Plaintiffs' Motion for Default Judgment was filed electronically through the Court's electronic document filing system and served on the Defendant this 2nd day of February, 2024, by sending same via First Class Mail, postage prepaid, to:

Scott McKinney, Registered Agent
Luxury Mattress & Furniture, LLC
605 McCord Road
Valparaiso, IN 46383

/s/ James N. Martin, Jr._____

Attorney for Plaintiffs