# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TEMPUR SEALY INTERNATIONAL, INC.;
TEMPUR-PEDIC MANAGEMENT, INC.;
TEMPUR-PEDIC NORTH AMERICA, LLC;
TEMPUR WORLD, LLC;
DAN-FOAM APS;
SEALY TECHNOLOGY LLC

        Plaintiffs

  v.

                                       Civil Action No.  2:23-cv-383

LUXURY MATTRESS & FURNITURE LLC
*doing business as*
LUXURY MATTRESS & FURNITURE

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other:  DEFAULT JUDGMENT IS ENTERED in favor of the Plaintiffs, Tempur Sealy International, Inc., Tempur-Pedic Management, Inc., Tempur-Pedic North America, LLC, Tempur World, LLC, Dan-Foam APS, Sealy Technology LLC, against the Defendant, Luxury Mattress & Furniture LLC.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Gretchen S. Lund on Motion for Default Judgment.

DATE: 5/21/2024                          CHANDA J. BERTA, CLERK OF COURT

by   s/ S. Jarrell
*Signature of Clerk or Deputy Clerk*